IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LIGITATION

This Document Relates To All Cases

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2015
```

14-MD-02543-JMF
~~14-MD-05810-JMF~~

# ~~PROPOSED~~ ORDER APPROVING THE ESTABLISHMENT OF THE
## 2015 NEW GM IGNITION SWITCH QUALIFIED SETTLEMENT FUND

Upon the Joint Motion of Hilliard Muñoz Gonzales LLP and the Law Offices of Thomas J. Henry ("Claimants' Counsel") and General Motors LLC ("New GM"), and for good cause shown, the Court hereby orders as follows:

1. Establishment of the 2015 New GM Ignition Switch Qualified Settlement Fund (the "Trust") is approved in accordance with the terms of the trust agreement (the "Trust Agreement"), which is attached to the motion, and the Court retains continuing jurisdiction and supervision thereof, in accordance with the terms of the Trust Agreement.

2. The Trust is a "qualified settlement fund" within the meaning of section 468B of the Internal Revenue Code and the Treasury Regulations thereunder, and shall be operated in a manner consistent with the rules of Treasury Regulation Section 1.468B-1, *et seq*.

Signed this __11th__ day of December, 2015.

_____
Honorable Jesse M. Furman

The Clerk of Court is directed to terminate Docket No. 1798.

1